IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN SANDERS and
ARLINE GREGOIRE,

    Plaintiffs,

v.                                                                          1:19-cv-00895

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

## JURY DEMAND

In accordance with F.R.C.P. 38, Defendant, USAA CIC, erroneously identified as USAA Casualty Insurance Company, hereby demands a trial by jury consisting of the maximum jurors allowed on all triable issues.

    Respectfully Submitted,

    **ALLEN LAW FIRM, LLC**

    /s/ Meena H. Allen
    MEENA H. ALLEN
    6121 Indian School Road, NE, Suite 230
    Albuquerque, New Mexico 87110
    (505) 298-9400

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
4801 All Saints Road NW
Albuquerque, NM 87120

1

David M. Houliston
Law Offices of David M. Houliston
7500 Jefferson NE, Suite 106
Albuquerque, NM 87109

/s/ Meena H. Allen
Meena H. Allen